EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Hernán Irizarry Maldonado | 2008 TSPR 7 |
|---|---|
| | 173 DPR _____ |

Número del Caso: AB-2006-226

Fecha: 15 de octubre de 2007

Oficina del Procurado General:

Lcda. Minnie H. Rodríguez López
Procuradora General Auxiliar

Lcda. Noemí Rivera de León
Procuradora General Auxiliar

Materia: Conducta Profesional
(La suspensión del abogado advino final y firme el 14 de diciembre de 2007).

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Hernán Irizarry Maldonado          AB-2006-226

PER CURIAM

San Juan, Puerto Rico, a 15 de octubre de 2007.

En dos ocasiones, el 21 de febrero de 2006 y el 20 de abril de 2006, el Procurador General de Puerto Rico le notificó al Lic. Hernán Irizarry Maldonado, mediante correo certificado con acuse de recibo, que tenía una queja ética presentada en su contra en la Oficina del Procurador General. En ambas comunicaciones se le solicitaba al licenciado Irizarry que reaccionara a la queja en cuestión.

El licenciado Irizarry no contestó las comunicaciones aludidas del Procurador General, por lo que éste nos informó sobre el particular mediante la correspondiente moción informativa el 14 de agosto del 2006.

El 29 de agosto de 2006 emitimos una Resolución concediéndole un término de diez días al licenciado Irizarry para que respondiese a los requerimientos del Procurador General. Lo apercibimos, además, de que el incumplimiento con dicha Resolución conllevaría "sanciones disciplinarias severas, incluyendo la suspensión del ejercicio de la profesión". Esta Resolución le fue notificada personalmente al licenciado Irizarry por un alguacil del Tribunal el 6 de septiembre de 2006.

A la fecha de hoy el licenciado Irizarry no ha comparecido de modo alguno ante nos para contestar la Resolución mencionada antes. Tampoco ha comparecido de modo alguno ante el Procurador General. Ha hecho caso omiso de la Resolución aludida.


II

Reiteradamente hemos insistido en el deber ineludible que tiene todo abogado admitido a la profesión de contestar los requerimientos del Procurador General. In re: Torres Torregrosa, res. el 13 de enero de 2004, 161 D.P.R. ___ (2004), 2004 TSPR 9, 2004 JTS 13; In re: Arroyo Rivera, 148 D.P.R. 354 (1999); In re: Vargas Soto, 146 D.P.R. 55 (1998).

Igualmente hemos insistido reiteradamente en que los abogados tienen la responsabilidad de cumplir diligentemente las órdenes y requerimientos de este Tribunal. Hemos insistido una y otra vez que el

incumplimiento con este deber, conllevará la suspensión del ejercicio profesional. In re: Grau Díaz, res. el 29 de marzo de 2006, 167 D.P.R. ___, 2006 TSPR 68, 2006 JTS 77; In re: Ríos Pérez, res. el 24 de marzo de 2006, 167 D.P.R. ___, 2006 TSPR 125, 2006 JTS 134; In re: García Enchautegui, res. el 3 de mayo de 2005, 164 D.P.R. ___, 2005 TSPR 62, 2005 JTS 67; In re: Lind Casado I, res. el 8 de abril de 2005, 164 D.P.R. ___, 2005 TSPR 57, 2005 JTS 61; In re: Quiñones Cardona, res. el 18 de marzo de 2005, 164 D.P.R. ___, 2005 TSPR 53, 2005 JTS 59; In re: Negrón Negrón, res. el 27 de diciembre de 2004, 163 D.P.R. ___, 2005 TSPR 5, 2005 JTS 10; In re: Surillo Ascar, res. el 10 de diciembre de 2004, 163 D.P.R. ___, 2004 TSPR 214, 2005 JTS 6.

En el caso de autos, Irizarry Maldonado ha fallado crasamente con los deberes aludidos. Sus continuos incumplimientos con los numerosos requerimientos del Procurador General y con las órdenes de este Tribunal reflejan que no le interesa continuar ejerciendo la abogacía. Por ende, se le suspende indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Hernán Irizarry Maldonado el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Hernán Irizarry Maldonado                AB-2006-226

SENTENCIA

San Juan, Puerto Rico, a 15 de octubre de 2007.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se le suspende indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Hernán Irizarry Maldonado el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.


                              Aida Ileana Oquendo Graulau
                           Secretaria del Tribunal Supremo